IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY PORTER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00261 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, | ) | By: Hon. Glen E. Conrad |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust all available administrative remedies. Any pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 21st day of April, 2008.

                                          /s/ Glen E. Conrad
                                          United States District Judge